ASSLY SAYYAR, ATTORNEY AT LAW, INC.
ASSLY SAYYAR, ESQ. (SBN 9178)
5550 Painted Mirage Rd. #320
Las Vegas, Nevada 89149
Tel: 760-542-8717
Fax: 760-444-3560
assly@vistalawyer.net

Attorney for Assignee of Bank One, Texas, N.A.
Judgment Creditor/Successor In Interest
Cadlerock Joint Venture, II, L.P.

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA, RENO

| | |
|---|---|
| HUBERT WENDALL BOEN and, BARBARA J. BOEN,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST COLONIAL MORTGAGE, INC. and R.T. CURTIS, individually and d/b/a TEXAS-SUN CO.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS, THIRD, AND FOURTH PARTY CLAIMS | Case No. 3:20-cv-00664-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSE/OPPOSITION TO THE DEFENDANT/JUDGMENT DEBTOR R.T. CURTIS'S MOTION FOR RELIEF FROM JUDGMENT, AND CURTIS'S SUBSEQUENT REPLY THERETO [FRCP 60(b)] (#3)**<br><br>[FIRST REQUEST] |

IT IS HEREBY STIPULATED by and between the undersigned counsel for Defendant/Judgment Debtor R.T. Curtis ("Judgement Debtor") and counsel for Plaintiff Assignee/Judgment Creditor Cadlerock Joint Venture II, L.P. ("Judgment Creditor"), that pursuant to L.R. IA 6-1, Judgment Creditor shall have an EXTENSION of time to serve a response/opposition to the November 25, 2020 "DEFENDANT/JUDGMENT DEBTOR R.T. CURTIS'S MOTION FOR RELIEF FROM JUDGMENT [FRCP 60(b)] (#3)" ("Motion (#3)") until December 14, 2020. The current response/opposition deadline for the Motion (#3) is December 9, 2020. This stipulation is

1  made to provide Judgment Creditor additional time to gather evidence in the form of exhibits and
2  affidavits in response and opposition to the Motion (#3). Judgment Creditor has been making a
3  diligent effort to obtain such evidence in time but one anticipated affiant is beginning a scheduled
4  virtual trial in another case and preparing for a scheduled virtual deposition and certain exhibits have
5  been ordered/requested but may not arrive before the current due date of the response/opposition.
6  At this time there is no hearing date for the Motion (#3), according to the Court's calendar and
7  PACER records and counsel for Judgment Debtor consents to this brief first extension.

8      It is further stipulated that the deadline for filing Judgment Debtor's reply to the Judgment
9  Creditor's response/opposition is extended from seven days per local rule LR 7-2(b) to 14 days, i.e.,
10  the Judgment Debtor's reply shall be filed not later than December 28, 2020. This brief extension of
11  time is requested due to staff vacation and office holiday scheduling constraints affecting counsel
12  for Judgment Debtor. This is the first stipulation for extensions of time relative to the opposition
13  and reply regarding Motion (#3).

14      IT IS SO STIPULATED.

15  Dated this 8th day of December, 2020

16  _____
    Assly Sayyar, Esq. (SBN 9178)
17  Attorney for Cadlerock Joint Venture, II, L.P.

18  Dated this 8th day of December, 2020

19  _____
    Andrew N. Wolf, Esq. (SBN 4424)
20  Attorney for R.T Curtis

21
22
                              IT IS SO ORDERED:
23
24
25                                _____
                                  UNITED STATES MAGISTRATE JUDGE

26  Respectfully Submitted By:

27  _____
    Assly Sayyar, Esq. (SBN 9178)
28  Attorney for Cadlerock Joint Venture II, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___8th___ day of December, 2020, a copy of the **STIPULATION TO EXTEND TIME TO FILE A RESPONSE/OPPOSITION TO THE DEFENDANT/JUDGMENT DEBTOR R.T. CURTIS'S MOTION FOR RELIEF FROM JUDGMENT [FRCP 60(b)] (#3) [FIRST REQUEST]** was served via ECF/Eservice on the following parties and/or their attorneys:

Andrew N. Wolf, Esq.
Incline Law Group, LLP
264 Village Blvd., Suite 104
Incline Village, NV 89451
F: 775-831-4044
anwolf@inclinelaw.com
Attorney for R.T. Curtis

_____
An employee of Assly Sayyar, Attorney at Law